# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2025
```

August 18, 2025

**MEMO ENDORSED**

BY ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Crystal Pujols,* 25 MJ 2315 (UA)

Your Honor:

      I represent Crystal Pujols in the referenced case and am writing to ask for a change to her conditions of release. On or about July 28, 2025, Ms. Pujols was released on various conditions, including home detention with electronic monitoring. Recently, the pre-trial services officer recommended that I ask this Court to change the condition to curfew in view of my client's needs to provide care to her infant child, while managing her work schedule. Indeed, I have personally observed that, because she lives alone with her child, she frequently needs to run errands that are difficult to schedule.

      Accordingly, I ask that her conditions of release be changed to a curfew, with the hours to be determined at the discretion of the pre-trial service office.

      The government and pre-trial office consents to this application.

Respectfully submitted,

/s/
James E. Neuman

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 19, 2025